In re Bernard, Warren; — Plaintiff(s); applying for supervisory and/or remedial writ; Parish of Jefferson, 24th Judicial District Court, Div. “F”, No. 83-1294.
Denied. See State v. Green, 93-2871 (La. 5/17/96), 673 So.2d 606; State v. Ford, 92-2029, p. 4 (La.App. 4th Cir. 1/31/95), 650 So.2d 808, 810; State v. Clark, 93-0321, p. 5 (La.App. 4th Cir. 10/27/94), 644 So.2d 1130, 1132-33; State v. Bernard, 583 So.2d 111, 113 (La.App. 5th Cir.1991).
CALOGERO, C.J., not on panel.